# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

4:25 pm, 9/11/23

**Margaret Botkins
Clerk of Court**

Walter D Clapp

Plaintiff,

vs.

Case Number: 2:23-CV-00133-ABJ

United States of America et al

Defendants.

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Sep 11, 2023     Time: 2:42pm - 4:23pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Pro Se

Attorney(s) for Defendant(s)     Jasmine Peters

Witness(es) for Plaintiff(s)     Ken Watson (2:53 - 3:17)
Plaintiff Walter Clapp (3:20 - 3:40)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 1 | Motion for Preliminary Injunction | Under Advisement |

☐ Briefs to be filed on or before _____ by _____
                                          by _____

☑ Order to be prepared by ☑ Court   ☐ Attorney

Other:
The Court heard from Mr. Clapp.
The Plaintiff calls Ken Watson.
The Plaintiff calls himself.
The Court heard from Ms. Peters and again from Mr. Clapp.
The Court takes the motion under advisement.